IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| -vs- | ) Case No. 25-MJ-117STE |
| JESSIKAH L. HODGES, | ) Violation: 18 U.S.C. §§ 7(3), 13 |
|  | ) (47 O.S. § 10-103)) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

### COUNT 1
(Failure to Stop at Scene of Accident)

On or about February 7, 2025, in the Western District of Oklahoma at Fort Sill Military Reservation, at or near 3701 Tacy Street,

---------------- **JESSIKAH L. HODGES,** --------------

the defendant, did fail to stop at the scene of an accident resulting in damage to another vehicle.

All in violation of Title 47, Oklahoma Statutes, Section 10-103, and Title 18, United States Code, Sections 7(3) and 13.

Dated this 26th day of February, 2025.

ROBERT J. TROESTER
United States Attorney

_____
GRIFFIN T. PARDALES
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Fort Sill, Oklahoma 73503
(580) 442-3900